IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| GARY LYNN HARVEY and STATE OF TENNESSEE on relation of Gary Lynn Harvey, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:04-CV-192 |
| JAMES MICHAEL EVANS, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| GARY LYNN HARVEY and STATE OF TENNESSEE on relation of Gary Lynn Harvey, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:04-CV-241 |
| JAMES MICHAEL EVANS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the "Motion for Summary Judgment of Defendant Timothy Hutchison in His Individual Capacity" [doc. 28] is **GRANTED**. "Defendant Timothy Hutchison's Supplemental Motion for Summary Judgment" [doc. 70] is also **GRANTED**.

Defendant Timothy Hutchison in his individual capacity is **DISMISSED** from this case.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan
United States District Judge